## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

MARILYN MONAE GREEN,                )
                                    )
          **Plaintiff,**          )
                                    )
**v.**                              )        **Case No. CIV-25-995-R**
                                    )
JOHN/JANE DOES, et al.,             )
                                    )
          **Defendants.**        )

## <u>ORDER</u>

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens [Doc. No. 20]. This Court previously granted Plaintiff two extensions of time to object to the Report [Doc. Nos. 23, 26]. Plaintiff has nonetheless failed to file an objection or to seek a further extension of time to do so. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED without prejudice. Plaintiff's motions seeking injunctive relief [Doc. Nos. 10, 18] are DENIED as moot.

Plaintiff has also filed a Motion [Doc. No. 21] asking this Court to reconsider its Order [Doc. No. 17] denying Plaintiff's Motion [Doc. No. 16] in which she objected to Judge Stephens's determination [Doc. No. 12] that summons would not be issued prior to the screening of Plaintiff's Complaint. Because Plaintiff's Complaint is dismissed in full, her Motion for reconsideration [Doc. No. 21] is DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE